**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Byron P. BROWN, Defendant— Appellant.**

**No. 09–30008.**

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.*

Filed March 26, 2010.

Stephan Alexander Collins, Esquire, Assistant U.S., Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

Allison Elizabeth Mendel, Mendel & Associates, Anchorage, AK, for Defendant–Appellant.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Byron Brown appeals from the 60–month sentence imposed following his guilty-plea conviction for conspiring to distribute and to possess with intent to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. § § 841(b)(1)(B), 846, and possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d). We dismiss in light of the valid appeal waiver.

Brown waived his right to appeal the sentence imposed by the district court and has failed to show that the waiver is invalid. *See United States v. Bibler,* 495 F.3d 621, 624 (9th Cir.2007).

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.